■ JULIAN A. MARTIN, Appellant, v. HERBERT J. FREEZER, Respondent.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Frank, Valente and Stevens, JJ.

■ ORAH B. JONES, as Administratrix of the Estate of ELIZABETH WEBB, Deceased, Appellant, v. NEW YORK CITY OMNIBUS CORP., Respondent.— Final judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Frank, Valente and Stevens, JJ.

■ ST. MARK'S BATHS, INC., Respondent, v. NEW YORK POST CORPORATION, Appellant.— Order so far as appealed from unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Frank, Valente and Stevens, JJ.

■ In the Matter of the Estate of JOSEPH CASPE, Deceased. MILDRED CASPE, as Administratrix of the Estate of JOSEPH CASPE, Deceased, Respondent-Appellant; LOUIS G. PEARL, Appellant-Respondent.— Decree unanimously affirmed, with costs to the petitioner-respondent-appellant. No opinion. Concur — Breitel, J. P., Rabin, Frank, Valente and Stevens, JJ.

■ GEORGE SCHUBEL, Respondent, v. BERNARR MACFADDEN FOUNDATION, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Frank, Valente and Stevens, JJ.

■ In the Matter of the Accounting of CHASE MANHATTAN BANK, as Trustee under a Certain Agreement Made by SILAS W. FRY, Respondent. HOMER L. FRY et al., Appellants; GERTRUDE L. F. HOPKINS, Respondent.— Final order so far as appealed from unanimously affirmed, with $20 costs and disbursements to respondent-respondent. No opinion. Concur — Botein, P. J., Rabin, Frank, Valente and McNally, JJ.

■ In the Matter of ABRAHAM SCHOEN, Appellant, against JOSEPH SCHECHTER et al., Constituting the Department of Personnel and City Civil Service Commission for the City of New York, Respondents.— Final order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Rabin, Frank, Valente and McNally, JJ.

■ In the Matter of the Arbitration between SOVEREIGN CONSTRUCTION COMPANY, LTD., et al., Respondents, and BLOOMFIELD BUILDING WRECKERS, Appellant.— Order modified on the facts and the law so as to remit for hearing the issue as to the making of the contract. Having consented in open court, the appellant shall furnish a bond to secure the award and all costs and disbursements. Costs to the appellant to abide the event. Settle order. Concur — Botein, P. J., Rabin, Frank, Valente and McNally, JJ.